THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KATHERINE R. LOO
Special Assistant United States Attorney
333 Market Street, Suite 1500
San Francisco, California  94105
Tel:  (415) 977-8927
Fax:  (415) 744-0134
Email:  Katherine.Loo@ssa.gov

Attorneys for defendant Michael J.Astrue,
        Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JEANEEN STUBBS, | No. EDCV 07-1225-JC |
| Plaintiff, | [PROPOSED] JUDGMENT OF REMAND |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrent with the lodging of the within Judgment of Remand.

///

///

-1-

1  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the
2  above-captioned action is remanded to the Commissioner of Social
3  Security for further proceedings consistent with the Stipulation for Remand.
4  DATED: March 10, 2008

6  _____/s/_____
7  HON. JACQUELINE CHOOLJIAN
   UNITED STATES MAGISTRATE JUDGE

14 Presented by:
15 THOMAS P. O'BRIEN
16 United States Attorney
   LEON W. WEIDMAN
17 Assistant United States Attorney
18 Chief, Civil Division

19
    /s/ - *Katherine R. Loo*
20 KATHERINE R. LOO
21 Special Assistant United States Attorney

22
   Attorneys for Defendant
23